# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155204(50)(53)

MICHIGAN OPEN CARRY, INC., and
KENNETH HERMAN,
      Plaintiffs-Appellants,

v

CLIO AREA SCHOOL DISTRICT, FLETCHER
SPEARS, III, and KATRINA MITCHELL,
      Defendants-Appellees.
_____/

SC: 155204
COA: 329418
Genesee CC: 15-104373-CZ

On order of the Chief Justice, the motion of plaintiffs-appellants to file a corrected reply brief is GRANTED. The corrected reply brief submitted on March 26, 2018, is accepted for filing. On further order of the Chief Justice, the motion of defendants-appellees to dismiss a portion of plaintiffs-appellants' argument as moot or, alternatively, to supplement the record is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2018



Clerk